Todd L. Bice, Bar No. 4534
tlb@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Robert S. Loigman (*pro hac vice forthcoming*)
Ryan A. Rakower (*pro hac vice forthcoming*)
Caitlin E. Jokubaitis (*pro hac vice forthcoming*)
robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Attorneys for Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EBET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, Aspire Global PLC, DOES I through X, inclusive, and ROE CORPORATIONS I through X inclusive, <br><br> Defendants. | CASE NO. 2:23-cv-1830-GMN-DJA <br><br> **STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO COMPLAINT** <br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff EBET, Inc. and Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC ("Defendants") (collectively, the "Parties") respectfully stipulate Defendants' time to respond to the Complaint be extended from the current deadline of November 14, 2023 to and including December 12, 2023. This is the first stipulation for an extension of time to file Defendants' responsive pleading.

Good cause exists to enlarge the time for Defendants to respond to the Complaint. This

matter was recently removed from state court on November 7, 2023. Defendants require additional to complete their assessment of Plaintiff's claims. Moreover, this case is in its infancy, and this request will not prejudice any party. The Parties' request is made in good faith and not for the purposes of delay.

**WHEREAS** the Parties respectfully request that Defendants shall have until December 12, 2023 to answer, move, or otherwise respond to the Complaint.

Dated: November 14, 2023                Respectfully submitted,

By  /s/ Todd L. Bice
Todd L. Bice, Bar No. 4534
tlb@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  (702) 214-2100

Robert S. Loigman (*pro hac vice forthcoming*)
Ryan A. Rakower (*pro hac vice forthcoming*)
Caitlin E. Jokubaitis (*pro hac vice forthcoming*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com

*Attorneys for Defendants*
*Aspire Global International Limited,*
*AG Communications Limited,*
*Aspire Global 7 Limited, and Aspire Global Limited*

By  /s/ Michael C. Van
Michael C. Van, Esq
Garrett R. Chase, Esq.
VC2 LAW
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
michael@vc2law.com
garrett@vc2law.com

Farhad Novian, Esq.
*(pending admission pro hac vice)*

Andrew B. Goodman
*(pending admission pro hac vice)*
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com

*Attorneys for Plaintiff EBET, Inc.*

**ORDER**

IT IS SO ORDERED that the parties' stipulation to extend time to file defendant's response to complaint (ECF No. 6) is GRANTED.

DATED: 11/15/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of Pisanelli Bice, PLLC, and that on the 14th day of November, 2023, I caused a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO COMPLAINT (FIRST REQUEST)** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

Michael C. Van, Esq
Garrett R. Chase, Esq.
VC2 LAW
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
michael@vc2law.com
garrett@vc2law.com

Farhad Novian, Esq.
(*pending admission pro hac vice*)
Andrew B. Goodman
(*pending admission pro hac vice*)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com

*Attorneys for Plaintiff EBET, Inc.*

/s/ Cinda Towne
An employee of Pisanelli Bice, PLLC