John D. Tennert, III, NV Bar No. 11728
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada  89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian (*admitted pro hac vice*)
Andrew B. Goodman (*admitted pro hac vice*)
Alexander P. Davis (*admitted pro hac vice*)
**NOVIAN & NOVIAN LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhard@novioanlaw.com
agoodman@novianlaw.com
davis@novianlaw.com

*Attorneys for Plaintiff EBET, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Aspire Global International Limited, a Malta Corporation; AG Communications Limited, a Malta Corporation; Aspire Global 7 Limited, a Malta Corporation; Aspire Global PLC, a Malta Corporation; and DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-1830-GMN-DJA <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 22) AND MOTION TO STAY (ECF NO. 33)** <br><br> **(First Request)** |

## STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLIES

Plaintiff EBET, Inc. ("EBET") and defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC, (collectively, "Aspire") (collectively, EBET and Aspire are the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1:

1. WHEREAS, pursuant to the terms of the parties' Stipulation to Extend Time To File Defendants' Response to Complaint (ECF No. 6), Aspire filed its Motion to Dismiss and to Compel International Arbitration on December 12, 2023 (ECF No. 22).

2. WHEREAS, Aspire initially filed its Motion to Stay Discovery on December 14, 2023 (ECF No. 27), and re-filed it on December 19, 2023 (ECF No. 33) following the Court's December 15, 2023 Order that the initial Motion was denied without prejudice and further meet and confer efforts (ECF No. 30).

3. WHEREAS, EBET's Response to Aspire's Motion to Dismiss and to Compel International Arbitration on December 12, 2023 (ECF No. 22) is currently due on December 26, 2023 and Aspire's Reply Brief is due on January 2, 2024.

4. WHEREAS, EBET's Response to Aspire's Motion to Stay is currently due on January 2, 2024.

5. WHEREAS, Aspire has agreed, as a professional courtesy, to extend the deadlines for EBET's responses to both Motions to January 5, 2024 (Motion to Stay) and January 9, 2024 (Motion to Dismiss) so that EBET does not need to prepare responses the day after Christmas and New Year's.

6. WHEREAS, EBET has agreed, as a professional courtesy, to extend the deadline for Aspire's Reply Brief in Support of its Motion to Dismiss and to Compel International Arbitration on December 12, 2023 (ECF No. 22) by a corresponding amount of time to January 30, 2024 so that Aspire does not need to prepare a reply the day after New Year's.

7. WHEREAS, this is the Parties' first request for an extension of the deadlines to file Responses and Replies for Aspire's Motion to Dismiss and to Compel International Arbitration on

December 12, 2023 (ECF No. 22) and Aspire's Motion to Stay Discovery (ECF No. 33).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that, for good cause, the deadlines to file Responses and Replies are extended as follows:

| Brief | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Response to Aspire's Motion to Dismiss (ECF No. 22) | December 26, 2023 | January 9, 2024 |
| Reply re Aspire's Motion to Dismiss (ECF No. 22) | January 2, 2024 | January 30, 2024 |
| Response to Aspire's Motion to Stay (ECF No. 33) | January 2, 2024 | January 5, 2024 |

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: December 29, 2023

IT IS SO STIPULATED.

Dated: December 21, 2023

Respectfully submitted,

By  /s/ Ryan A. Rakower
Todd L. Bice, Bar No. 4534
tlb@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Daniel R. Brady, Esq. Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Robert S. Loigman (admitted *pro hac vice*)
Ryan A. Rakower (admitted *pro hac vice*)
Caitlin E. Jokubaitis (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com

*Attorneys for Defendants
Aspire Global International Limited,
AG Communications Limited,
Aspire Global 7 Limited, and Aspire Global Limited*

By   /s/ Andrew B. Goodman
John D. Tennert, III, NV Bar No. 11728
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada  89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian, Esq.
*(*admitted *pro hac vice)*
Andrew B. Goodman
*(*admitted *pro hac vice)*
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com

*Attorneys for Plaintiff EBET, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the above-entitled document on the parties set forth below by:

_____   Hand delivery at parties' 16.1 conference

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Via email

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express (or other overnight delivery)

\_\_x\_\_\_\_   E-service effected by CM/ECF

addressed as follows:

| | |
|---|---|
| Todd L. Bice, Esq. | Robert S. Loigman, Esq. |
| Emily A. Buchwald, Esq. | Ryan A. Rakower, Esq. |
| Daniel R. Brady, Esq. | Caitlin E. Jokubaitis, Esq. |
| Pisanelli Bice, PLLC | Quinn Emanuel Urquhart & Sullivan, LLP |
| 400 S. 7th Street, Suite 300 | 51 Madison Avenue, 22nd Floor |
| Las Vegas, NV 89101 | New York, NY 10010 |
| tlb@pisanellibice.com | robertloigman@quinnemanuel.com |
| EAB@pisanellibice.com | ryanrakower@quinnemanuel.com |
| DRB@pisanellibice.com | caitlinjokubaitis@quinnemanuel.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |

DATED this 21st day of December, 2023.

/s/  *Susan Whitehouse*
Employee of FENNEMORE CRAIG, P.C.