| | |
|---|---|
| 1 | Todd L. Bice, Esq., Bar No. 4534 |
| | TLB@pisanellibice.com |
| 2 | Emily A. Buchwald, Esq., Bar No. 13442 |
| | EAB@pisanellibice.com |
| 3 | Daniel R. Brady, Esq., Bar No. 15508 |
| | DRB@pisanellibice.com |
| 4 | PISANELLI BICE PLLC |
| | 400 South 7th Street, Suite 300 |
| 5 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 214-2100 |
| 6 | Facsimile: (702) 214-2101 |
| 7 | Robert S. Loigman (Admitted *pro hac vice*) |
| | Ryan A. Rakower (Admitted *pro hac vice*) |
| 8 | Caitlin E. Jokubaitis (Admitted *pro hac vice*) |
| | robertloigman@quinnemanuel.com |
| 9 | ryanrakower@quinnemanuel.com |
| | caitlinjokubaitis@quinnemanuel.com |
| 10 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Ave., 22nd Floor |
| 11 | New York, New York 10010 |
| | Telephone: (212) 849-7000 |

*Attorneys for Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EBET, Inc., | CASE NO. 2:23-cv-01830-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, Aspire Global PLC, DOES I through X, inclusive, and ROE CORPORATIONS I through X inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff EBET, Inc. and Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC ("Defendants") (collectively, the "Parties") respectfully stipulate that

Case No.: 2:23-cv-01830-GMN-DJA

STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO MOTION FOR LEAVE

45793038

1  Defendants' time to respond to Plaintiff's Motion for Leave to File First Amended Complaint
2  (ECF No. 50) be extended from the current deadline of March 8, 2024 to and including March 15,
3  2024 and that Plaintiff's time to reply in support of its Motion be extended from March 22, 2024
4  to March 26, 2024. This is the first stipulation for an extension of time to file Defendants' response
5  to Plaintiff's Motion for Leave to File First Amended Complaint and Plaintiff's reply.

6      Good cause exists to enlarge the time for Defendants to respond to the Motion and for
7  Plaintiff's to reply in support of the Motion. Defendants require additional time to complete their
8  assessment of Plaintiff's proposed amendment and Plaintiff requires an additional amount of time
9  to assess Defendants' response. This request will not prejudice any party. The Parties' request is
10 made in good faith and not for the purposes of delay.

11     **WHEREAS** the Parties respectfully request that Defendants shall have until March 15,
12 2024 to respond to Plaintiff's Motion for Leave to File First Amended Complaint and Plaintiff
13 shall have until March 26, 2024 to file a reply in support of the Motion.

14 DATED:  March 5, 2024

Respectfully submitted,

By: /s/ Todd L. Bice
    Todd L. Bice, Esq., Bar No. 4534
    TLB@pisanellibice.com
    Emily A. Buchwald, Esq., Bar No. 13442
    EAB@pisanellibice.com
    Daniel R. Brady, Esq., Bar No. 15508
    DRB@pisanellibice.com
    PISANELLI BICE, PLLC
    400 S. 7th Street, Suite 300
    Las Vegas, Nevada 89101
    Telephone: (702) 214-2100

    Robert S. Loigman (Admitted *pro hac vice*)
    Ryan A. Rakower (Admitted *pro hac vice*)
    Caitlin E. Jokubaitis (Admitted *pro hac vice*)
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Ave,, 22nd Floor
    New York, New York 10010
    Telephone: (212) 849-7000
    robertloigman@quinnemanuel.com
    ryanrakower@quinnemanuel.com
    caitlinjokubaitis@quinnemanuel.com

*Attorneys for Defendants
Aspire Global International Limited,
AG Communications Limited,
Aspire Global 7 Limited, and Aspire Global Limited*

By: */s/ John D. Tennert*
John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
MaryJo E. Smart, NV Bar No. 16139
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
tshanks@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian (admitted pro hac vice)
Andrew B. Goodman (admitted pro hac vice)
Alexander P. Davis (admitted pro hac vice)
NOVIAN & NOVIAN LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhard@novioanlaw.com
agoodman@novianlaw.com
davis@novianlaw.com

Chad Hummel (admitted pro hac vice)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
chummel@sidley.com

Anna Tutundjian (pro hac vice pending)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
atutundjian@sidley.com

*Attorneys for Plaintiff EBET, Inc*

**IT IS SO ORDERED**:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/6/2024

-3-

Case No.: 2:23−cv−01830−GMN−DJA

STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO MOTION FOR LEAVE

45793038