Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Daniel R. Brady, Esq., Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

Robert S. Loigman (admitted *pro hac vice*)
Ryan A. Rakower (admitted *pro hac vice*)
Caitlin E. Jokubaitis (admitted *pro hac vice*)
robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000

*Attorneys for Defendants Aspire Global International Limited,*
*AG Communications Limited, Aspire Global 7 Limited,*
*Aspire Global Limited, Neogames S.A., NeoGames Connect,*
*and NeoGames Connect Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBET, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, Aspire Global PLC, Neogames S.A., NeoGames Connect, NeoGames Connect Limited; and DOES I through X, inclusive, and ROE CORPORATIONS I through X inclusive,<br><br>            Defendants. | CASE NO.:    2:23-CV-01830-GMN-DJA<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to LR IA 7-1, Plaintiff EBET, Inc. ("EBET" or "Plaintiff"), by and through its undersigned counsel, and Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC

(together, "Aspire") and Neo Group Ltd, sued herein as Neogames S.A., NeoConnect, and NeoGames Connect Limited (together, "Neogames," and together with Aspire, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. **WHEREAS**, counsel for Defendants has agreed to accept service of the Amended Complaint on behalf of all Defendants, including the newly-added Neogames Defendants, without waiver of any jurisdictional or other defenses Defendants may assert;

2. **WHEREAS**, the Parties have conferred and agreed on a proposed schedule for Defendants to respond to the Amended Complaint; and

3. **WHEREAS**, Defendants intend to respond to the Amended Complaint by filing a consolidated motion in which Defendants will argue, *inter alia*, that Plaintiff's claims are subject to arbitration.

4. **THE PARTIES HEREBY STIPULATE AND AGREE,** by and between the undersigned counsel for Plaintiff and the undersigned counsel for all Defendants that:

   a. The deadline for Defendants to file a consolidated motion in response to the Amended Complaint shall be August 14, 2024.

   b. Plaintiff's opposition to any motion filed by Defendants in response to the Amended Complaint shall be due September 23, 2024.

   c. Defendants' reply in support of any motion filed in response to the Amended Complaint shall be due October 21, 2024.

   d. Should Defendants seek permission to exceed the page limits for their consolidated motion, Plaintiff will not oppose Defendants' request to exceed the page limits, so long as Defendants do not seek leave to exceed 35 pages for their consolidated motion.

   e. Should Plaintiff seek permission to exceed the page limits for their response to Defendants' consolidated motion, Defendants will not oppose Plaintiff's request to exceed the page limits, so long as Plaintiff does not seek leave to

exceed the number of pages the Court allows for Defendants' consolidated motion.

Dated: May 22, 2024

Respectfully submitted,

By   /s/ Todd L. Bice
Todd L. Bice, Bar No. 4534
tlb@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Daniel R. Brady, Esq. Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Robert S. Loigman (admitted *pro hac vice*)
Ryan A. Rakower (admitted *pro hac vice*)
Caitlin E. Jokubaitis (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com

*Attorneys for Defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, Aspire Global Limited, Neogames S.A., NeoGames Connect, and NeoGames Connect Limited*

By /s/ Andrew B. Goodman

John D. Tennert, III
MaryJo E. Smart
Therese Shanks
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
jtennert@fennemorelaw.com
msmart@fennemorelaw.com
tshanks@fennemorelaw.com

Farhad Novian, Esq.
Andrew B. Goodman
Alexander P. Davis
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com
davis@novianlaw.com

Chad S. Hummel
SIDLEY AUSTIN
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
chummel@sidley.com

*Attorneys for Plaintiff EBET, Inc.*

IT IS SO ORDERED.

Dated this  23  day of May, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I certify that I am an employee of PISANELLI BICE PLLC and that, on the 22nd day of May 2024, I caused a true and correct copy of the foregoing JOINT STIPULATION AND PROPOSED ORDER REGARDING BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

John D. Tennert, III
MaryJo E. Smith
Therese Shanks
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
jtennert@fennemorelaw.com
msmart@fennemorelaw.com
tshanks@fennemorelaw.com

Farhad Novian, Esq.
Andrew B. Goodman
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com

Chad S. Hummel
SIDLEY AUSTIN
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
chummel@sidley.com

*Attorneys for Plaintiff EBET, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Cinda Towne
　　　　　　　　　　　　　　　　　　　　　　　An employee of PISANELLI BICE PLLC