**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EBET, INC., | ) |
|  | ) |
| Plaintiff, | )  Case No.: 2:23-cv-01830-GMN-DJA |
| vs. | ) |
|  | )  **ORDER ADOPTING** |
| ASPIRE GLOBAL INTERNATIONAL | )  **REPORT AND RECOMMENDATION** |
| LIMITED, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 60), from United States Magistrate Judge Daniel J. Albregts, which grants Plaintiff's Motion to Amend, (ECF No. 50), and recommends denying Defendants' Motion to Dismiss, (ECF No. 22), as moot.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

After the Magistrate Judge's Order granting Plaintiff's Motion to Amend, Plaintiff filed

its First Amended Complaint. (*See* First Am. Compl., ECF No. 61).  None of the parties objected to the recommendation that the pending Motion to Dismiss therefore be denied as moot, and the deadline to do so has passed. (*See* R&R, ECF No. 60) (setting May 22, 2024, deadline for objections).  Thus, the Court DENIES Defendants' Motion to Dismiss as moot.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 60), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, (ECF No. 22), is **DENIED** as moot.

Dated this   28   day of May, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court