John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
tshanks@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian (*admitted pro hac vice*)
Andrew B. Goodman (*admitted pro hac vice*)
**NOVIAN & NOVIAN LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhard@novioanlaw.com
agoodman@novianlaw.com

Anna Tutundjian (*pro hac vice pending*)
atutundjian@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
atutundjian@sidley.com

*Attorneys for Plaintiff EBET, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EBET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Aspire Global International Limited, a Malta Corporation; AG Communications Limited, a Malta Corporation; Aspire Global 7 Limited, a Malta Corporation; Aspire Global PLC, a Malta Corporation; Neogames S.A.,, a Luxembourg Corporation; NeoGames Connect S.a.r.l., a Luxembourg corporation, NeoGames Connect Limited, a Malta Corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO: 2:23-CV-01830-GMN-DJA <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLY BRIEFS TO DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR OPENING BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL INTERNATIONAL ARBITRATION AND TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND PORTIONS OF THE DECLARATION OF DR. NICOLAI VELLA FALZON (ECF NO. 67)** <br><br> **(First Request)** |

**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLIES**

Plaintiff EBET, Inc. ("EBET") and defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC, and Neo Group Ltd. (sued herein as Neogames S.A.), NeoGames Connect S.a.r.l., and NeoGames Connect Limited (collectively, "the Aspire and NeoGames Entities") (collectively, EBET and the Aspire and NeoGames Entities are the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1:

1. WHEREAS, on August 14, 2024 the Aspire and NeoGames Entities filed their Motion for Leave to File Under Seal Portions of Their Opening Brief in support of Their Motion to Compel International Arbitration and to Dismiss Plaintiff's Amended Complaint and Portions of the Declaration of Dr. Nicolai Vella Falzon (ECF No. 67) (the "Motion to Seal").

2. WHEREAS, EBET's Response to the Aspire and NeoGames Entities' Motion to Seal is currently due on August 28, 2024 and the Aspire and NeoGames Entities' Reply Brief is due on September 4, 2024.

3. WHEREAS, the Aspire and NeoGames Entities have agreed, as a professional courtesy to EBET due to vacations and the Labor Day holiday, to extend the deadlines for EBET's response to the Motion to Seal by 14 days.

4. WHEREAS, this is the Parties' first request for an extension of the deadlines to file Responses and Replies for the Motion to Seal.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that, for good cause, the deadlines to file Responses and Replies are extended as follows:

| Brief | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Response to Motion to Seal | August 28, 2024 | September 11, 2024 |
| Reply re Motion to Seal | September 4, 2024 | September 18, 2024 |

**IT IS SO STIPULATED.**

Dated:  August 26, 2024

Respectfully submitted,

By  /s/ Andrew B. Goodman
John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
tshanks@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian
*(*admitted *pro hac vice)*
Andrew B. Goodman
*(*admitted *pro hac vice)*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhad@novianlaw.com
agoodman@novianlaw.com

Anna Tutundjian (*pro hac vice pending*)
atutundjian@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
atutundjian@sidley.com

*Attorneys for Plaintiff EBET, Inc.*

Dated:  August 26, 2024

Respectfully submitted,

By  /s/ Ryan A. Rakower
Todd L. Bice, Bar No. 4534
tlb@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Daniel R. Brady, Esq. Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  (702) 214-2100

Robert S. Loigman (admitted *pro hac vice*)
Ryan A. Rakower (admitted *pro hac vice*)

| | |
|---|---|
| 1 | Caitlin E. Jokubaitis (admitted *pro hac vice*) |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | 51 Madison Ave., 22nd Floor<br>New York, NY 10010 |
| 4 | Telephone: (212) 849-7000<br>robertloigman@quinnemanuel.com |
| 5 | ryanrakower@quinnemanuel.com<br>caitlinjokubaitis@quinnemanuel.com |

*Attorneys for Defendants*
*Aspire Global International Limited,*
*AG Communications Limited,*
*Aspire Global 7 Limited, and Aspire Global Limited*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of NOVIAN & NOVIAN, LLP, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the above-entitled document on the parties set forth below by:

| | |
|---|---|
| _____ | Hand delivery at parties' 16.1 conference |
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Via email |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| __X__ | E-service effected by CM/ECF |

addressed as follows:

Todd L. Bice, Esq.  
Emily A. Buchwald, Esq.  
Daniel R. Brady, Esq.  
Pisanelli Bice, PLLC  
400 S. 7th Street, Suite 300  
Las Vegas, NV 89101  
tlb@pisanellibice.com  
EAB@pisanellibice.com  
DRB@pisanellibice.com  
*Attorneys for Defendants*

Robert S. Loigman, Esq.  
Ryan A. Rakower, Esq.  
Caitlin E. Jokubaitis, Esq.  
Quinn Emanuel Urquhart & Sullivan, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
robertloigman@quinnemanuel.com  
ryanrakower@quinnemanuel.com  
caitlinjokubaitis@quinnemanuel.com  
*Attorneys for Defendants*

DATED this 26th day of August 2024.

/s/ Amanda McGill  
Employee of NOVIAN & NOVIAN, LLP