John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
tshanks@fennemorelaw.com
msmart@fennemorelaw.com

Farhad Novian (*admitted pro hac vice*)
Andrew B. Goodman (*admitted pro hac vice*)
**NOVIAN & NOVIAN LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
farhard@novioanlaw.com
agoodman@novianlaw.com

Anna Tutundjian (*pro hac vice pending*)
atutundjian@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
atutundjian@sidley.com

*Attorneys for Plaintiff EBET, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBET, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Aspire Global International Limited, a Malta Corporation; AG Communications Limited, a Malta Corporation; Aspire Global 7 Limited, a Malta Corporation; Aspire Global PLC, a Malta Corporation; Neogames S.A.,, a Luxembourg Corporation; NeoGames Connect S.a.r.l., a Luxembourg corporation, NeoGames Connect Limited, a Malta Corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO: 2:23-CV-01830-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLY BRIEFS TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL INTERNATIONAL ARBITRATION AND TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 70)**<br><br>**(First Request)** |

**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLIES**

Plaintiff EBET, Inc. ("EBET") and defendants Aspire Global International Limited, AG Communications Limited, Aspire Global 7 Limited, and Aspire Global Limited, sued herein as Aspire Global PLC, and Neo Group Ltd. (sued herein as Neogames S.A.), NeoGames Connect S.a.r.l., and NeoGames Connect Limited (collectively, "the Aspire and NeoGames Entities") (collectively, EBET and the Aspire and NeoGames Entities are the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1:

1. WHEREAS, on August 14, 2024 the Aspire and NeoGames Entities filed Defendants' Opening Brief in support of Their Motion to Compel International Arbitration and to Dismiss Plaintiff's Amended Complaint (ECF No. 70) (the "Motion to Dismiss").

2. WHEREAS, EBET's Response to the Aspire and NeoGames Entities' Motion to Dismiss is currently due on September 23, 2024 and the Aspire and NeoGames Entities' Reply Brief is due on October 21, 2024, pursuant to the Parties' May 22, 2024 Joint Stipulation (ECF No. 62), which the Court granted on May 23, 2024 (ECF No. 63).

3. WHEREAS, the Aspire and NeoGames Entities have agreed, as a professional courtesy to EBET due to the complexity of the issues in the Motion to Dismiss, including an expert Declaration on the import of Maltese law (ECF No. 68-5), to extend the deadline for EBET's response to the Motion to Dismiss to November 1, 2024. Relatedly, EBET has agreed, as a professional courtesy to the Aspire and NeoGames Entities, due to the Thanksgiving holiday and travel schedules, to extend the deadline for the Aspire and NeoGames Entities' reply brief to December 17, 2024.

4. WHEREAS, this is the Parties' first request for an extension of the deadlines to file Responses and Replies for the Motion to Dismiss, and the Parties are not prejudiced by the additional requested time to evaluate the complex issues implicated by the Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that, for good cause, the deadlines to file Responses and Replies are extended as follows:

| Brief | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Response to Motion to Dismiss | September 23, 2024 | November 1, 2024 |
| Reply re Motion to Dismiss | October 21, 2024 | December 17, 2024 |

**IT IS SO STIPULATED.**

Dated: September 19, 2024    Respectfully submitted,

By  /s/ Andrew B. Goodman
   John D. Tennert, III, NV Bar No. 11728
   Therese M. Shanks, NV Bar No. 12890
   MaryJo E. Smart, NV Bar No. 16139
   **FENNEMORE CRAIG, P.C.**
   7800 Rancharrah Parkway
   Reno, Nevada 89511
   Telephone: (775) 788-2200
   Facsimile: (775) 788-2279
   jtennert@fennemorelaw.com
   tshanks@fennemorelaw.com
   msmart@fennemorelaw.com

   Farhad Novian
   (admitted *pro hac vice*)
   Andrew B. Goodman
   (admitted *pro hac vice*)
   **NOVIAN & NOVIAN, LLP**
   1801 Century Park East, Suite 1201
   Los Angeles, California 90067
   farhad@novianlaw.com
   agoodman@novianlaw.com

   Anna Tutundjian (*pro hac vice pending*)
   atutundjian@sidley.com
   **SIDLEY AUSTIN LLP**
   555 West Fifth Street
   Los Angeles, CA 90013
   atutundjian@sidley.com

   *Attorneys for Plaintiff EBET, Inc.*

Dated: September 19, 2024    Respectfully submitted,


By  /s/ Ryan A. Rakower
   Todd L. Bice, Bar No. 4534
   tlb@pisanellibice.com
   Emily A. Buchwald, Esq., Bar No. 13442

EAB@pisanellibice.com
Daniel R. Brady, Esq. Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Robert S. Loigman (admitted *pro hac vice*)
Ryan A. Rakower (admitted *pro hac vice*)
Caitlin E. Jokubaitis (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
robertloigman@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com

*Attorneys for Defendants
Aspire Global International Limited,
AG Communications Limited,
Aspire Global 7 Limited, and Aspire Global Limited*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   September 25, 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of NOVIAN & NOVIAN, LLP, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the above-entitled document on the parties set forth below by:

| | |
|---|---|
| _____ | Hand delivery at parties' 16.1 conference |
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| _____ | Certified Mail, Return Receipt Requested |
| \_\_\_\_\_ | Via email |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| \_\_X\_\_\_ | E-service effected by CM/ECF |

addressed as follows:

| | |
|---|---|
| Todd L. Bice, Esq.<br>Emily A. Buchwald, Esq.<br>Daniel R. Brady, Esq.<br>Pisanelli Bice, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>tlb@pisanellibice.com<br>EAB@pisanellibice.com<br>DRB@pisanellibice.com<br>*Attorneys for Defendants* | Robert S. Loigman, Esq.<br>Ryan A. Rakower, Esq.<br>Caitlin E. Jokubaitis, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>robertloigman@quinnemanuel.com<br>ryanrakower@quinnemanuel.com<br>caitlinjokubaitis@quinnemanuel.com<br>*Attorneys for Defendants* |

DATED this 19th day of September 2024.

/s/ Amanda McGill
Employee of NOVIAN & NOVIAN, LLP